✎Prob 12A
   (Rev. 01/2020 - D/SC)

# United States District Court

for

**District of South Carolina**

---

## Report on Offender Under Supervision

**Name of Offender:** Richard Droze                **Case Number:** 2:16CR00780-013

**Name of Sentencing Judicial Officer:**  The Honorable Margaret B. Seymour, Senior U.S. District Judge
**Name of Current Judicial Officer:** The Honorable Bruce Howe Hendricks, U.S. District Judge

**Date of Original Sentence:** May 30, 2018

**Original Offense:** <u>**Count 1:**</u> Conspiracy to Possess with Intent to Distribute and Distribution of Methamphetamine, 21 U.S.C. § 841(a)(1), 21 U.S.C. § 841(b)(1)(A)

**Original Sentence:**  The defendant was committed to the custody of the Bureau of Prisons for a term of 120 months followed by 60 months supervised release with the following special conditions:  1) The defendant shall participate in a program of mental health counseling and/or treatment as deemed necessary by the U.S. Probation Officer, until such time as the defendant's release from the program is approved by the U.S. Probation Officer. 2) The defendant shall participate in a program of testing for substance abuse as approved by the U.S. Probation Officer. 3) The defendant shall contribute to the costs of any treatment, drug testing and/or location monitoring not to exceed an amount determined reasonable by the court approved U.S. Probation Office's Sliding Scale for services, and shall cooperate in securing any applicable third-party payment, such as insurance or Medicaid.

**Type of Supervision:** Supervised Release                **Date Supervision Commenced:** September 13, 2024

**Previous Court Action/Notification:** On October 3, 2024, this case was reassigned to the Honorable Bruce Howe Hendricks, U.S. District Judge.

On October 4, 2025, the Court was notified that on September 17, 2024, the defendant tested positive for methamphetamine.  The test was confirmed positive by Alere Toxicology Laboratories on September 23, 2024, for methamphetamine. The Court agreed with the probation office's recommendation for no action at that time.

On April 14, 2025, the Court modified the conditions of supervision to include substance abuse treatment due to the defendant's positive test on February 11, 2025. The defendant submitted a urine sample which tested positive for methamphetamine. The test was confirmed positive by Alere Toxicology Laboratories on February 25, 2025, for methamphetamine. The defendant was placed in the random urinalysis testing program and referred for a substance abuse assessment at the Ernest E. Kennedy Center.

On April 9, 2026, the Court modified the conditions of supervision to update the drug testing condition to include the new language, as well as a standard copay language. The Court was also notified that on March 5, 2026, the defendant tested positive for methamphetamine, cocaine, and oxycodone. The test was confirmed positive by Alere Toxicology Laboratories on March 16, 2026, for methamphetamine and oxycodone. The defendant was issued a written reprimand, placed in the random urinalysis testing program, and referred for a substance abuse assessment at the Ernest E. Kennedy Center.

On May 13, 2026, the Court was notified that on May 1, 2026, the defendant tested positive for methamphetamine, fentanyl, and opiates.  The test was confirmed positive by Alere Toxicology Laboratories on May 8, 2026, for methamphetamine, fentanyl, and opiates. The defendant was issued a written reprimand, placed in the random urinalysis testing program, and re-referred for a substance abuse assessment at the Ernest E. Kennedy Center.

---

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition of supervision:

| **Violation Number** | **Nature of Noncompliance** |
|---|---|
| 1. | **Unlawful Use of a Controlled Substance:** The defendant is subject to the following condition: You must refrain from any unlawful use of a controlled substance. |
|  | On May 20, 2026, the defendant reported to the Ernest Kennedy Center and submitted a urine sample which tested positive for methamphetamine and amphetamine. The defendant has a prescription for amphetamine. The test was confirmed positive by Alere Toxicology Laboratories on May 27, 2026, for methamphetamine and amphetamine. |

**U.S. Probation Officer Action:** It is respectfully recommended that the violation be held in abeyance. The defendant has been advised that a subsequent revocation hearing may be scheduled as a result of the violation.

The U.S. Probation Office respectfully requests no additional action from the Court at this time. The defendant was re-referred to the Ernest Kennedy Center and actively participated in treatment until sustaining a rib fracture on or about June 19, 2026. As a result of this injury, treatment has been temporarily placed on hold pending his recovery. According to the defendant's medical records, he is expected to resume normal activities within approximately three weeks. The probation officer will continue to monitor the defendant's medical status and ensure that he returns to treatment once he is medically cleared.

Any further violations will be promptly reported to the Court with an appropriate recommendation.

Respectfully Submitted,

By:     *Stephanie S. McKnight*
Stephanie S. McKnight
U.S. Probation Officer
Charleston Office

Date:  July 7, 2026

✎Prob 12A                                                                                                        Page 3
  (Rev. 01/2020 - D/SC)

Reviewed and Approved By:

*Katrina Robinson-Curtis*

Katrina Robinson-Curtis
Supervising U.S. Probation Officer

<div style="border-top:2px solid"></div>

| X | Agree with Probation Officer's recommendation |

☐  Submit a Request for Modifying the Condition or Term of Supervision

☐  Submit a Request for Warrant or Summons

☐  Other

*Bruce H. Hendricks*

Bruce Howe Hendricks
United States District Judge

July 7, 2026
                        Date